UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TINA CICIRELLO, | ) |
|     Plaintiff, | ) |
| v. | ) Case No.: 3:10-1084 |
| | ) JUDGE NIXON |
| | ) MAGISTRATE JUDGE BRYANT |
| **MICHAEL J. ASTRUE**, | ) |
| Commissioner of Social Security, | ) |
|     Defendant. | ) |

## DEFENDANT'S MOTION FOR LEAVE TO FILE RESPONSE EXCEEDING PAGE LIMITATION, PURSUANT TO LR7.01(a)

Comes now the undersigned Assistant United States Attorney, pursuant to LR7.01(a), to requests leave of the Court to file Defendant's response which exceeds the Court's twenty-five (25) page limitation. Defendant's response is thirty-seven (37) pages in length which was necessary in order to properly respond to Plaintiff's motion.

Wherefore, Defendant respectfully requests that this Court permit the entry of its attached response.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

BY: s/ S. Delk Kennedy
S. DELK KENNEDY
Assistant United States Attorney
B.P.R. 009799
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615/736-5151