IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TINA CICIRELLO,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 3:10-cv-01084<br>Judge Nixon<br>Magistrate Judge Bryant |

## ORDER

Pending before the Court is Plaintiff Tina Cicirello's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 14), filed with an attached brief (Doc. No. 14-1). Defendant Commissioner of Social Security filed a Response (Doc. No. 19), to which Ms. Cicirello filed a Reply (Doc. No. 20). Subsequently, Magistrate Judge Bryant issued a Report and Recommendation ("Report"), recommending the Motion be denied. (Doc. No. 21.) The Report was entered on November 26, 2012, and provided a period of fourteen days in which either party could file an objection. (*Id.* at 24.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court **DENIES** Ms. Cicirello's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the ___22___ day of January, 2013.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT